**Charity ROUDEBUSH, Appellant,**

v.

**Christopher V. ROUDEBUSH, Respondent.**

**No. WD 68173.**

Missouri Court of Appeals, Western District.

May 30, 2008.

Elvin S. Douglas, Jr., Harrisonville, MO, for Appellant.

Carmen J. Carter, Raymore, MO, for Respondent.

Before Div IV: HOWARD C.J., HARDWICK and WELSH, JJ.

**ORDER**

**PER CURIAM.**

Charity Roudebush appeals from the child custody award and property division in the judgment dissolving her marriage to Christopher Roudebush. For reasons explained in a Memorandum provided to the parties, we affirm the circuit court's judgment. Rule 84.16(b).